# Court of Appeals
# of the State of Georgia

ATLANTA,____May 01, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0320.  MICHAEL WEHUNT v. THE STATE.**

On February 7, 2014, the superior court entered an order denying Michael Wehunt's extraordinary motion for new trial.  On March 6, 2014, Wehunt filed a "Notice of Discretionary Appeal" in the superior court.  On April 3, 2014, Wehunt's materials were received in this Court and docketed as an application for discretionary appeal.  We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-35 (d), an application for discretionary appeal must be filed with the clerk of the appellate court – not the trial court – within 30 days of entry of the order to be appealed.  The requirements of OCGA § 5-6-35 are jurisdictional, and we cannot accept an application not made in compliance therewith. See *Crosson v. Conway*, 291 Ga. 220, 220-221 (1) (728 SE2d 617) (2012); *Moulder v. Reilly*, 226 Ga. App. 608 (487 SE2d 142) (1997).  Because Wehunt did not file a timely application for appeal with this Court, we lack jurisdiction to consider this case, which is hereby DISMISSED.[1]



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,_05/01/2014_____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.

_____

[1] We note that even if the application had been timely filed in the proper court, Wehunt failed to include the materials necessary for consideration on the merits.  See OCGA § 5-6-35 (d) and Court of Appeals Rule 31 (c).